UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA LANGER, ON BEHALF OF
JEANNETTE MARIE LANGER,

      Plaintiff,

v.                          Case No. 8:19-cv-1273-T-24 PDB

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**O R D E R**

      This cause comes before the Court for consideration of Plaintiff's complaint seeking review of the decision of the Commissioner of the Social Security Administration.  (Doc. No. 1).  This complaint was considered by the United States Magistrate Judge, pursuant to a specific order of referral.  Magistrate Judge Barksdale has filed her report recommending that the Commissioner's decision be reversed and remanded.  (Doc. No. 22).  All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).  No such objections were filed.  Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED AND ADJUDGED** that

          (1)      The Magistrate Judge's Report and Recommendation (Doc. No. 22) is adopted and incorporated by reference in this Order of the Court;

(2) The decision of the Commissioner of the United States Social Security Administration is **REVERSED** under sentence four of 42 U.S.C. §405(g).

(3) This case is remanded with directions to: (a) re-evaluate Jeanette's visual impairment and Dr. Myers's observations and findings about her visual impairment; (b) re-evaluate the job numbers as necessary; and (c) take any other necessary action.

(4) The Clerk is directed to enter judgment in favor of Plaintiff under sentence four of 42 U.S.C. §405(g) and to **CLOSE** the case.

**DONE AND ORDERED** at Tampa, Florida, this 31st day of August, 2020.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Patricia D. Barksdale
Counsel of Record