UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTORIA LANGER on behalf of
Jeanette Marie Langer,

        Plaintiff,

v.                                                    Case No. 8:19-cv-1273-T-24 PDB

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause comes before the Court for consideration of Plaintiff's Motion for Attorneys' Fees. (Doc. No. 25). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. Magistrate Judge Barksdale has filed her report recommending that the motion be granted in part. (Doc. No. 26). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 26) is adopted and incorporated by reference in this Order of the Court.

(2) Plaintiff's motion is **GRANTED** to the extent that the Court awards Plaintiff $8,000.42 in attorney's fees and $420.85 in costs; the motion is **DENIED** to the extent Plaintiff requests $12 in paralegal fees.

(3) If Victoria Langer owes no federal debt, the United States shall accept the assignment and pay the fees and costs directly to Carol Avard, Esquire.

(4) The Clerk is directed to enter judgment in favor of Plaintiff and against the Commissioner for $8,000.42 in attorney's fees and $420.85 in costs.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of December, 2020.

_____
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
The Honorable Patricia D. Barksdale